**THE ANTOINE LAW FIRM, LLC**
52 Underwood Street, #1L
Newark, New Jersey 07106
Wilson David Antoine, Esq., NJ Bar Id# 027922008
**Rebecca K. Striplet, Esq., NJ Bar Id# 327852022**
Tel: (267) 225-8505
Fax: (201) 208-2912
Email: RebeccaS@antoinelawfirm.com
  *Attorneys for Defendants City of Newark,*
  *Improperly and redundantly pled as*
  *Newark Municipal Council,*
  *Council President C. Lawrence Crump, and*
  *US Congresswoman LaMonica McIver*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MUNIRAH EL BOMANI,** | : Civ. Action No. 2:25-cv-13439-JKS-JRA |
| Plaintiff, | : Hon. Jamel K. Semper, U.S.D.J. |
| v. | : Hon. Jose R. Almonte, U.S.M.J. |
| **CITY OF NEWARK, et al.,** | : |
| Defendants. | : |

**NOTICE OF MOTION TO DISMISS/STRIKE PURSUANT TO FED. R. CIV. P. 12(B)(2), (5), (6) AND 12(F)(2)**

**TO:**  Gregory A. Byrnes, Esq.
   Anderson Law
   104 West 27th Street
   STE LLC
   New York, New York 10001
   *Attorneys for Plaintiff*

**COUNSEL:**

**PLEASE TAKE NOTICE** that Defendants Former Council President and current U.S. Congresswoman LaMonica McIver, and Council President C. Lawrence Crump (collectively, "Defendants"), will apply to the above-named Court on November 3, 2025, at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order

dismissing this matter for (1) lack of personal jurisdiction pursuant to Rule 12(b)(2); (2) insufficient service of process pursuant to Rule 12(b)(5); (3) failure to state a claim pursuant to Rule 12(b)(6); (4) for inclusion of redundant and immaterial matter requiring the striking of certain claims and allegations pursuant to Rule 12(f)(2); and (5) for such further or other relief that the Court deems equitable and just.

**PLEASE TAKE FURTHER NOTICE** that Defendants shall rely upon the annexed Brief and the Certification of Rebecca K. Striplet, Esq., as well as the papers submitted by and on behalf of the City of Newark in support of its motion to dismiss.

**PLEASE TAKE FURTHER NOTICE** that <u>**oral argument is requested**</u> unless no opposition is filed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order has been enclosed herewith.

        **THE ANTOINE LAW FIRM, LLC**
        *Attorneys for Defendants*

        By:  <u>s/Rebecca K. Striplet</u>
             Rebecca K. Striplet, Esq.
             Associate

Dated: October 10, 2025

**CERTIFICATE OF SERVICE**

I, **REBECCA K. STRIPLET, ESQ.,** of full age hereby certify and say:

1. I am an Associate for the Antoine Law Firm, LLC, and one of the handling attorneys representing Defendants in this action.

2. On or about this date, I caused a copy of this Notice of Motion, Brief, Certification with any exhibits, and Proposed form of Order to be served via CM/ECF on all counsel of record.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: s/Rebecca K. Striplet
Rebecca K. Striplet, Esq.

Dated: October 10, 2025