# EXHIBIT "A"



# OFFICE OF THE CITY CLERK
NEWARK, NEW JERSEY 07102

**KECIA DANIELS**
City Clerk
**ABRAHAM NEGRON**
Deputy City Clerk

<u>**VIA ELECTRONIC MAIL**</u>

February 16, 2024

Munirah Bomani
175 First Street
Newark, NJ 07110

**Re:    Notice of Exclusion**

Dear Ms. Bomani:

Please be advised that you are hereby excluded from the next two (2) Council Meetings, February 21, 2024 and February 27, 2024, due to a violation of the Municipal Council's Code of Conduct committed by you at the Municipal Council Regular Meeting on Wednesday, February 7, 2024. During the Regular Meeting, you continued to call out from the audience after repeated warnings, from Council President McIver, during the time that Business Administrator Pennington had the floor.

According to the Municipal Council rules, specifically RULE XIX: DECORUM, SECTION B:

> "No person shall by noisy or disorderly conduct disturb or interfere with the quiet good order of a meeting of the Municipal Council. Any person who has been declared out of order by the Presiding Officer and has been asked to cease speaking and to sit down, shall comply immediately or he/she shall forthwith be removed from the meeting, unless permission to continue or again address the Municipal Council is granted by the majority vote of the Municipal Council."

Citizen participation is the center of effective government operations; however, we have to maintain a level of order for all parties concerned. Please be guided accordingly. Thank you.

Respectfully,

*/s/ Kecia Daniels/*

Kecia Daniels, City Clerk



## OFFICE OF THE CITY CLERK
NEWARK, NEW JERSEY 07102

**KECIA DANIELS**
City Clerk

**ABRAHAM NEGRON**
Deputy City Clerk

<u>**VIA ELECTRONIC MAIL**</u>

September 27, 2024

Munirah Bomani
175 First Street
Newark, NJ 07110

**Re:** <u>**Notice of Exclusion**</u>

Dear Ms. Bomani:

Please be advised that you are hereby excluded from the next Council Meeting on October 2, 2024 due to a violation of the Municipal Council's Code of Conduct committed by you at the Municipal Council Special Meeting on Friday, September 27, 2024. During the Special Meeting, you continued to call out from the audience after repeated warnings, from Council President Crump.

According to the Municipal Council rules, specifically RULE XIX: DECORUM, SECTION B:

> "No person shall by noisy or disorderly conduct disturb or interfere with the quiet good order of a meeting of the Municipal Council. Any person who has been declared out of order by the Presiding Officer and has been asked to cease speaking and to sit down, shall comply immediately or he/she shall forthwith be removed from the meeting, unless permission to continue or again address the Municipal Council is granted by the majority vote of the Municipal Council."

Citizen participation is the center of effective government operations; however, we have to maintain a level of order for all parties concerned. Please be guided accordingly. Thank you.

Respectfully,

*[signature]*