# EXHIBIT "F"

Prepared by the Court.

FILED
FEB 23 2024
Hon. Jodi Lee Alper, P.J.Ch.

| | |
|---|---|
| Munirah El Bomani,<br><br>Plaintiff.<br><br>vs.<br><br>The City of Newark Council President Lamonica Melver, and City Clerk Kecia Daniels,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>ESSEX COUNTY<br><br>DOCKET NO.: C-39-24<br><br>CIVIL ACTION<br><br>**ORDER TRANSFERRING CASE TO LAW DIVISION** |

**THIS MATTER** being opened to the Court by plaintiff, Munirah El Bomani, and it appearing that plaintiff's primary right and principal relief sought belongs in the Law Division,

IT IS on this 23 day of February, 2024 hereby:

**ORDERED** that this matter is transferred to the Superior Court of New Jersey, Law Division, Essex County; and it is further

**ORDERED** that Plaintiff shall serve a copy of this Order upon all parties within 7 days of the entry of this Order.

_____
Jodi Lee Alper, J.S.C.